# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Torrian Dontez Knowles                    Docket No. 5:07-CR-246-1BO

### Petition for Action on Supervised Release

      COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Torrian Dontez Knowles, who, upon an earlier plea of guilty to 18 U.S.C. §922(g)(1) and 924, Possession of a Firearm by a Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 11, 2008, to the custody of the Bureau of Prisons for a term of 50 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

      Torrian Dontez Knowles was released from custody on January 19, 2013, at which time the term of supervised release commenced.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was released from incarceration on January 19, 2013. He reported to the probation office on January 24, 2013, and submitted a urine screen which was positive for marijuana. The defendant signed an admission form admitting to the use of marijuana on or about January 17th or 18th, 2013, prior to his release from incarceration. The defendant has been placed in our Surprise Urinalysis Program, and it is recommended that the cognitive behavioral program condition be added to allow the defendant an opportunity to work on his decision making skills.

      The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Torrian Dontez Knowles
Docket No. 5:07-CR-246-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: January 31, 2013

ORDER OF COURT

Considered and ordered this 3 day of February, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge